IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:14CV332 |
| Plaintiff | | Judge Thomas M. Rose |
| v. | : | |
| Real Property known as 18 Horse Shoe Cove, Lot 429, Sardinia, Ohio 45171, et al. | : | |
| | : | |
| Defendants. | | |

## AGREED ORDER TERMINIATING ACTION

It is hereby stipulated and AGREED by and between Plaintiff, United States of America and Claimants, Deanna and Charles Leis, that:

1. An Order entitled "Agreed Order Dismissing Potential Claimants' Notice/Rule 60(b) Motion to Reopen Forfeiture (Doc. 65), and Motion to Stay Eviction (Doc. 66) and Amending the Final Order of Forfeiture (Doc.64)" has been entered in the related criminal case, *United States v. Amy Scarpelli*, Case No. 3:15CR14WHR and pursuant to that order the following assets:

   a. $9,177.00 in U.S. Currency;
   b. $2,676.33 in U.S. Currency;
   c. U.S. Bank Account #3132 in the name of Deanna Leis, ($2,825.07);
   d. U.S. Bank Account #0449 in the name of Deanna Leis, ($29,212.89);
   e. 2005 Nissan Titan, VIN: 1N6BA07A55N553903;
   f. 1967 Chevrolet Camaro, VIN: 123377N250397;
   g. 1967 Chevrolet Camaro, VIN: 124377N132735;
   h. 2001 Bennington Pontoon Boat, HIN: ETW10203K001;
   i. 2007 Mountaineer Camper, VIN: 4YDT32P227M730449;
   j. Apple iPad, Serial No. DMPJH1J8F192;
   k. Apple iPad, Serial No. DLXGX7T3DJHG;
   l. Apple iPad, Serial No. DMPJH1YQF192;
   m. Apple iPad Mini, Serial No. F7PLPZTGF196;
   n. Apple Macbook Air Laptop, Serial No. C02LR7ATF5V8;

      o.      Apple Macbook Air Laptop, Serial No. C02LR6TMF5V8;
      p.      Apple Macbook Air Laptop, Serial No. C02LR7GGF5V8;
      q.      Toshiba Laptop, Serial No. 39118682Q;
      r.      Toshiba Laptop, Serial No. 3A265749Q;
      s.      Toshiba Laptop, Serial No. ZA148533Q;
      t.      2004 EZ Go Golf Cart, VIN: 2543765;
      u.      2005 Suzuki Motorcycle, VIN: JS1CK43A652102105;
      v.      2008 Suzuki Motorcycle, VIN: JS1CP51B682100054;
      w.      2006 Suzuki Motorcycle, VIN: JS1CP51A062100748;
      x.      2007 Suzuki Motorcycle, VIN: JS1CK44A772102289;
      y.      2012 Honda GL Motorcycle, VIN: JH2SC68G2CK000960;
      z.      2012 Suzuki Motorcycle, VIN: JS1CP51B7C2100041;
      aa.      Real Property: 18 Horse Shoe Cove, Lot 429, Sardinia, Ohio 45171;
      bb.      Real Property: 18 Horse Shoe Cove, Lot 430, Sardinia, Ohio 45171; and
      cc.      Real Property: 5041 Dinsmore Road, West Carrollton, Ohio 45449;

have been forfeited through the Final Order of Forfeiture (Doc.64) entered June 22, 2016.

    2.    Claimants shall release any and all claims which they may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action;

    3.    The parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation; and

    4.    The Court will retain jurisdiction to enforce the terms of this Agreement;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    5.    This civil action is hereby terminated.

    6.    Any and all claims which Claimants may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby released.

    7.    The parties shall bear their own cost, including any possible attorneys' fees, court cost, or other expenses of litigation.

8. The Court will retain jurisdiction to enforce the terms of this Agreement.

February 22, 2017                                   *s/Thomas M. Rose
                                                    _____
                                                    THOMAS M. ROSE
                                                    UNITED STATES DISTRICT COURT JUDGE

BENJAMIN C. GLASSMAN
United States Attorney


*s/Pamela M. Stanek*                                *s/Dennis A. Lieberman per email 2/17/17*
PAMELA M. STANEK (0030155)                          DENNIS A. LIEBERMAN (0029460)
Assistant United States Attorney                    Attorney for Claimants Deanna Leis and
                                                    Charles Leis